No. 82–5943. KEENE v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 82–5945. SULLIVAN ET AL. v. REES, SUPERINTENDENT, KENTUCKY STATE REFORMATORY, ET AL. C. A. 6th Cir. Certiorari denied.

No. 82–5946. RENE v. FEDERAL BUREAU OF PRISONS. C. A. 2d Cir. Certiorari denied.

No. 82–5947. PELAEZ-NAVARRO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–5949. SIMS v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 82–5951. DOROSHOW v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 82–5952. HALL v. KILANIK ET AL. C. A. 2d Cir. Certiorari denied.

No. 82–5953. COCKRELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 82–5954. BYRD v. CIVIL SERVICE COMMISSION OF THE CITY AND COUNTY OF SAN FRANCISCO ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–5955. BARKER v. MARINE TRANSPORTATION LINES, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 82–5956. GALLAGHER v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 82–5957. EASTERWOOD v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 82–5958. GRAY v. BORDENKIRCHER, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.